# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  01-cr-00351-EWN-01 |
| ZACHARIAH DAVID TESSLER | USM Number: 30783-013 |
| | Harvey R. Steinberg, Retained<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violation 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Possession and Use of a Controlled Substance | 06/17/07 |

   The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   The defendant has not committed violations 1, 2, 3, and 5 and is discharged as to such violations.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 16, 2007
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham
Chief U.S. District Judge
Name & Title of Judge

August 24, 2007
Date

DEFENDANT:  ZACHARIAH DAVID TESSLER
CASE NUMBER:  01-cr-00351-EWN-01                                            Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of three (3) months.

The court recommends that the Bureau of Prisons designate the defendant to FPC Englewood, Littleton, Colorado, for service of sentence.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons before noon on or after September 26, 2007, as determined by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  ZACHARIAH DAVID TESSLER
CASE NUMBER:  01-cr-00351-EWN-01                                                        Judgment-Page 3 of 2

By _____
       Deputy United States Marshal